UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Michelle Gilyard** | : CHAPTER: 13<br>:<br>: NO.: **16-13230**<br>: | Date: 12/1/2016<br>Time: 11:00 A.M.<br>900 Market Street, Rm. **#2**<br>Philadelphia, PA 19107 |
| DEBTOR | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

The above-named Debtor has filed an objection to the proof of claim you filed in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

If you do not want the court to eliminate or change your claim, you or your attorney must attend the hearing on the objection, scheduled to be held before the Honorable Magdeline D. Coleman on **December 1, 2016 at 11:00 A.M. in Courtroom #2**, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA.  If you or your attorney does not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Date: October 18, 2016                         **/s/ Michael D. Sayles, Esquire**
                                               Michael D. Sayles
                                               Attorney for Objector
                                               427 West Cheltenham Avenue #2
                                               215-635-2270 (Phone)
                                               215-424-1263 (Fax)