UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Michelle Gilyard**  : CHAPTER: 13  **Date: 12/1/2016**
: **Time: 11:00 A.M.**
: NO.: **16-13230**  900 Market Street, Rm. **#2**
DEBTOR : Philadelphia, PA 19107

# REQUEST FOR ADMISSIONS

Pursuant to F.R.C.P.36, Objectors hereby request the following admissions of the Respondent:

1. Respondent alleges in the Proof of Claim **Principal Payments & Interest** in the amounts of **$10,115.50**. Respondent admits that the aforesaid amount is unreasonable and/or not actually incurred.

2. Respondent alleges in the Proof of Claim **Pre-Petition Fees** in the amounts of **$5,702.56**. Respondent admits that the aforesaid amount is unreasonable and/or not actually incurred.

3. Respondent alleges in the Proof of Claim **Escrow Advances** in the amounts of **$4,629.77**. Respondent admits that the aforesaid amount is unreasonable and/or not actually incurred.

4. Respondent alleges in the Proof of Claim **Projected Escrow Shortage** in the amounts of **$238.73**. Respondent admits that the aforesaid amount is unreasonable and/or not actually incurred.

Date: October 18, 2016                                                Respectfully submitted,

By:\s\ **Michael D. Sayles**
Michael D. Sayles
Attorney for Objector
427 West Cheltenham Avenue #2
Elkins Park, PA 19027-3201
215-635-2270