UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Michelle Gilyard**              : CHAPTER: 13          **Date: 12/1/2016**
                                         :                     **Time: 11:00 A.M.**
                                         : NO.: **16-13230**    900 Market Street, Rm. **#2**
DEBTOR                                   :                     Philadelphia, PA 19107

# REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to F.R.C.P. 34, Objectors hereby request that the Respondent produce for inspection by the undersigned counsel for the Objectors, the following documents:

1. Respondent in its proof of claim alleges cost incurred for **Principal Payments & Interests** in the amounts of **$10,115.50.** Objector, therefore, requests that Respondent provide a photocopy of said aforesaid fees, in addition to photocopy of paid invoice and/or cancelled check for same.

2. Respondent in its proof of claim alleges cost incurred for **Pre-Petition Fees** in the amounts of **$5,702.56**. Objector, therefore, requests that Respondent provide a photocopy of said aforesaid fees, in addition to photocopy of paid invoice and/or cancelled check for same.

3. Respondent in its proof of claim alleges cost incurred for **Escrow Advances** in the amounts of **$4,629.77.** Objector, therefore, requests that Respondent provide a photocopy of said aforesaid fees, in addition to photocopy of paid invoice and/or cancelled check for same.

4. Respondent in its proof of claim alleges cost incurred for **Projected Escrow Shortage** in the amounts of **$238.73**. Objector, therefore, requests that Respondent provide a photocopy of said aforesaid fees, in addition to photocopy of paid invoice and/or cancelled check for same.

Respectfully submitted,

By**: /s/ Michael D. Sayles Esquire**
Michael D. Sayles
Attorney for Objector
427 W Cheltenham Avenue #2
Elkins Park, PA 19027
215-635-2270