UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Michelle Gillyard**          :          CHAPTER 13
                                       :
                                       :
DEBTOR                                 :          BANKRUPTCY NO: **16-13230**
                                       :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PRAECIPE TO AMEND NAME OF DEBTOR

To the Clerk, United States Bankruptcy Court:

Kindly amend the Co-Debtor's name to **Michelle Gillyard,** from Michelle Gilyard, for the record.

Respectfully Submitted,

Date: **February 6, 2017**

By:    **\s\ Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Avenue, Suite #2
Elkins Park, PA  19027-3201
(215) 635-2270 (phone)
(215) 424-1263 (fax)