UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Michelle Gilyard**          :     CHAPTER 13
                                     :
       Debtor                        :     Bankruptcy No.: **16-13230**
                                     :

# ORDER OF COURT

    **AND NOW,** this _____ day of _____, 2017, **after notice and hearing**, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the Debtor's Objection to Proof of Claim #2 of Respondent, US Bank NA, is hereby granted and said the Proof of Claim is hereby reduced by a total sum of **$10,571.06.**

The amount of the Claim reduction is a result of the following items and amounts being disallowed & stricken from US Bank NA's Proof of Claim #2:

    Pre-petition Fee in the amount of ……………………..…..**$5,702.56;**

    Escrow Advances in the amount of……….…..……..……….. **$4,629.77;**

    Projected Escrow Shortage in the amount of ……..……..………...**$238.73.**

                                 **BY THE COURT**:

                                 _____
                                          J.

Copies to:

Michael D. Sayles
427 W. Cheltenham Avenue
Elkins Park, PA  19027

William Miller, Esquire
P.O. Box 40119
Philadelphia, PA 19106-0119

Joshua I. Goldman, Esquire
KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106

PHFA Loan Servicing Division
211 North Front Street
Harrisburg, PA 17101