UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Michelle Gilyard**  :  **CHAPTER 13**
:
Debtor  :  Bankruptcy No.: **16-13230**
:

# ORDER OF COURT

AND NOW, this __21st__ day of __March__, 2017, **after notice and hearing**, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the Debtor's Objection to Proof of Claim #2 of Respondent, US Bank NA, is hereby granted and said the Proof of Claim is hereby reduced by a total sum of **$10,571.06**.

The amount of the Claim reduction is a result of the following items and amounts being disallowed & stricken from US Bank NA's Proof of Claim #2:

Pre-petition Fee in the amount of ……………………………..…..$5,702.56;

Escrow Advances in the amount of…………..…….…………..  $4,629.77;

Projected Escrow Shortage in the amount of ……..……..………...$238.73.

BY THE COURT:

_Magdeline D. C_____
J.

Copies to:

Michael D. Sayles
427 W. Cheltenham Avenue
Elkins Park, PA  19027

William Miller, Esquire
P.O. Box 40119
Philadelphia, PA 19106-0119

Joshua I. Goldman, Esquire
KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106

PHFA Loan Servicing Division
211 North Front Street
Harrisburg, PA 17101