United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-13230-mdc
Michelle Y. Gillyard                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: John              Page 1 of 1              Date Rcvd: Mar 24, 2017
                                Form ID: pdf900         Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2017.
```
db              +Michelle Y. Gillyard,    147 Fern Street,    Philadelphia, PA 19120-1954
13798336        +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
                  211 North Front Street,    Harrisburg, PA 17101-1466
13722493        +US Bank National Association,    111 East Wacker Drive, Suite 3000,    Chicago, IL 60601-4803
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Mar 25 2017 02:12:58     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 25 2017 02:11:52
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 25 2017 02:12:30     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                               TOTAL: 3
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2017 at the address(es) listed below:
```
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com
              MICHAEL D. SAYLES    on behalf of Debtor Michelle Y. Gillyard midusa1@comcast.net,
               MichaelDSaylesEsq@comcast.net
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER     ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Michelle Gilyard** : **CHAPTER 13**
:
Debtor : Bankruptcy No.: **16-13230**
:

# ORDER OF COURT

AND NOW, this _21st_ day of _March_, 2017, **after notice and hearing**, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the Debtor's Objection to Proof of Claim #2 of Respondent, US Bank NA, is hereby granted and said the Proof of Claim is hereby reduced by a total sum of **$10,571.06**.

The amount of the Claim reduction is a result of the following items and amounts being disallowed & stricken from US Bank NA's Proof of Claim #2:

Pre-petition Fee in the amount of ……………………….…….…$5,702.56;

Escrow Advances in the amount of………..…………..………... $4,629.77;

Projected Escrow Shortage in the amount of ……..…….…………...$238.73.

BY THE COURT:

_Magdeline D. C_____
J.

Copies to:

Michael D. Sayles
427 W. Cheltenham Avenue
Elkins Park, PA  19027

William Miller, Esquire
P.O. Box 40119
Philadelphia, PA 19106-0119

Joshua I. Goldman, Esquire
KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106

PHFA Loan Servicing Division
211 North Front Street
Harrisburg, PA 17101