**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Michelle Y. Gillyard

               Debtor

                                          CHAPTER 13

U.S. BANK NATIONAL ASSOCIATION (TRUSTEE
FOR THE PENNSYLVANIA HOUSING FINANCE
AGENCY)

               Movant

        vs.                                 NO. 16-13230 MDC

Michelle Y. Gillyard

               Respondent

**PRAECIPE TO WITHDRAW**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE

PENNSYLVANIA HOUSING FINANCE AGENCY) to Confirmation of Chapter 13 Plan, which was filed

with the Court on or about October 27, 2016 (Doc. No. 25).

                                   Respectfully submitted,

                                   **/s/ Rebecca A. Solarz, Esquire**
                                   Rebecca A. Solarz, Esquire
                                   Attorney for Movant
                                   KML Law Group, P.C.
                                   BNY Mellon Independence Center
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA  19106
                                   215-627-1322

January 22, 2018