United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michelle Y. Gillyard  
    Debtor

Case No. 16-13230-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 1    Date Rcvd: Mar 20, 2018  
                        Form ID: pdf900    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2018.  
db    +Michelle Y. Gillyard,    147 Fern Street,    Philadelphia, PA 19120-1954

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg    E-mail/Text: bankruptcy@phila.gov Mar 21 2018 01:38:37    City of Philadelphia,    City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,    Philadelphia, PA  19102-1595  
smg    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2018 01:38:03    Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946  
smg    +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 21 2018 01:38:24    U.S. Attorney Office,    c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
                                                                                                                                                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2018 at the address(es) listed below:  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com  
        MICHAEL D. SAYLES    on behalf of Debtor Michelle Y. Gillyard midusa1@comcast.net,    michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com  
        THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                                                                                               TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **Michelle Y. Gilyard**           )    Chapter 13
                                         )
                                         )
       Debtor                            )
                                         )    Bankruptcy No.: **16-13230**

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $3,000.00 |
| Amounts already paid by Debtor: | $500.00 |
| Net amount to be paid by Trustee: | **$2,500.00** |

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from available funds in the Debtor's estate.

By the Court:

Dated: __March 20, 2018__

_____
Bankruptcy Judge

Copies to:

Michael D. Sayles, Esquire
427 W. Cheltenham Avenue
Elkins Park, PA  19027

William Miller, Esquire
PO Box 40119
Philadelphia, PA 19107